# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Homecomings Financial, LLC, | Civil No. 08-433 (RHK/JJK) |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS** |
| Primetime Funding Group, Inc., | |
| Defendant and Third-Party Plaintiff, | |
| vs. | |
| Primo Macciola, d/b/a/ Primo Appraisal Services | |
| Third-Party Defendant; | |
| and | |
| Homecomings Financial, LLC, | |
| Plaintiff, | |
| vs. | |
| Primo Macciola, d/b/a/ Primo Appraisal Services | |
| Defendant. | |

Based on the parties' Stipulation for Dismissal under Rule 41(a) of the Federal Rules of Civil Procedure, **IT IS ORDERED** that the above-captioned matter is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated:  August 26, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge